**Lewis and Roca LLP — Lawyers**

40 North Central Avenue, 19th Floor
Phoenix, Arizona 85004-4429
Telephone: (602) 262-5311

Stephen M. Bressler, State Bar No. 09032
   Direct Dial:  (602) 262-5376
   Direct Fax:  (602) 734-3742
   Email:  SBressler@LRLaw.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| RUBEN R. URBINA,<br><br>                Plaintiff,<br><br>vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA, and LOOMIS, FARGO & CO.<br><br>                Defendants. | No. 4:12-cv-00014-FRZ<br><br>**STIPULATION TO DISMISS WITH PREJUDICE** |

     The parties have resolved this matter.  They stipulate to a dismissal with prejudice, each party to bear their own costs and attorneys' fees.  The parties have lodged a proposed order with the Court.

     RESPECTFULLY SUBMITTED this 17th day of September, 2012.

| | |
|---|---|
| WATERFALL, ECONOMIDIS, CALDWELL, HANSHAW & VILLAMANA, P.C. | LEWIS AND ROCA LLP |
| By */s/ Barry Kirschner*<br>    Barry Kirschner<br>Attorneys for Plaintiff | By */s/ Stephen M. Bressler*<br>    Stephen M. Bressler<br>Attorneys for Defendants |

**CERTIFICATE OF SERVICE**

I certify that on September 17, 2012, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant:

Barry Kirschner, Esq.
WATERFALL, ECONOMIDIS, CALDWELL, HANSHAW & VILLAMANA, P.C.
Suite 800
5210 East Williams Circle
Tucson, Arizona 85711-4482
bkirschner@wechv.com
*Attorneys for Plaintiff*

/s/ Kathleen A. Topczewski

2095190.1